# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL AGUIRRE,<br>Plaintiff,<br>v.<br>SAPUTO CHEESE USA, INC. et al.,<br>Defendants. | Case No. 1:26-cv-07351-KES-SAB<br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT VOLT MANAGEMENT CORP. TO ANSWER THE COMPLAINT<br>(ECF No. 9) |

Before the Court is a stipulated extension of time for Defendant Volt Management Corp. to respond to Plaintiff's complaint. (ECF No. 9.) For good cause shown, the Court approves the stipulation and ORDERS that said Defendant shall have through **October 9, 2026**, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **October 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge