# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL AGUIRRE,<br>Plaintiff,<br>v.<br>SAPUTO CHEESE USA, INC. et al.,<br>Defendants. | Case No. 1:26-cv-07351-KES-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT VOLT MANAGEMENT CORP. TO ANSWER THE COMPLAINT<br><br>(ECF No. 13) |

Before the Court is the parties' second stipulation to extend the time for Defendant Volt Management Corp. to respond to Plaintiff's complaint. (ECF No. 13.) For good cause shown, the Court approves the stipulation and ORDERS that said Defendant shall have through **October 23, 2026**, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **October 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge